# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | **DOCKET NO.: 3:20-mj-043-DSC** |
| v. | ) | |
| | ) | **ORDER** |
| JOHNNY MICHAEL BOONE, JR. | ) | |
| _____ | ) | |

**THIS MATTER IS BEFORE THE COURT** on the parties' Joint Motion to Enlarge the Charging Period Under the Speedy Trial Act. For the reasons stated by counsel in support of the Motion, the Court finds that there is sufficient cause for a continuance of the indictment deadline in this matter. The Court further finds that the ends of justice are served by taking such action as set forth in the Joint Motion and in 18 U.S.C. § 3161(h)(7)(A).

**IT IS THEREFORE ORDERED** that the Joint Motion to Enlarge the Charging Period under The Speedy Trial Act is **GRANTED**.

**IT IS FURTHER ORDERED** that the deadline for indictment of this matter shall be continued until no later than **April 24, 2020**.

**IT IS FURTHER ORDERED** that there is an inadequate basis to seal the parties' Motion and this Order. Therefore, the Motion to seal these documents is **DENIED**.

The Clerk is directed to certify copies of this order to counsel for the

Defendant, to the United States Attorney, the United States Marshals Service, and

the United States Probation Office.

**SO ORDERED.**

Signed: March 9, 2020

David S. Cayer
United States Magistrate Judge