UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO: 3:20-CR-00128-MOC-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| JOHNNY MICHAEL BOONE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** comes before the Court on Defendant's Unopposed Motion to Continue Sentencing. See Doc. No. 32. Having considered the motion, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Defendant's Unopposed Motion to Continue Sentencing, Doc. No. 32, is **GRANTED** for good cause shown. The Clerk of Court is instructed to place this matter on the next appropriate sentencing calendar.

Signed: August 7, 2020

Max O. Cogburn Jr.
United States District Judge